UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:06-CR-464-T-17TGW

TRINIDAD MARQUEZ HAMILTON.

_____/

ORDER

This cause is before the Court on:

| | |
|---|---|
| Dkt. 528 | Order Directing Response on Retroactive Application of Crack Cocaine Amendment |
| Dkt. 553 | Response |
| Dkt. 554 | Response |
| Dkt. 555 | Order |
| Dkt. 556 | Order Denying Sentence Modification |
| Dkt. 669 | Stipulation |
| Dkt. 670 | Order Reducing Sentence |
| Dkt. 733 | Motion for Retroactive Application of Sentencing Guidelines Pursuant to Amendment 782 |
| Dkt. 761 | Amendment 782 Memorandum |
| Dkt. 846 | Notice of Federal Defender |

Defendant Trinidad Marquez Hamilton, *pro se*, moves for a 2-level reduction pursuant to Amendment 782.

Defendant Hamilton entered into a Plea Agreement, pleading guilty to Counts 1 and 5 of the Indictment. (Dkt. 215). Defendant Hamilton was sentenced on Counts 1 and 5 on September 26, 2007 to a term of imprisonment of 235 months on Count 1, concurrent, and to a term of imprisonment of 120 months on Count 5, consecutive; to a term of supervised release of 60 months on Counts 1 and 5, concurrent; fine waived, and a special assessment fee of $200.00. (Dkts. 346, 350). Counts 2, 3 and 4 were dismissed on the Government's Motion. The Court granted the Government's 5K1.1 Motion for a 2-level reduction at sentencing, and denied Defendant's Motion for a downward departure to 180 months.

Pursuant to a Stipulation, Defendant's term of imprisonment on Count 1 was reduced to 210 months imprisonment, with the term of imprisonment on Count 5 remaining

consecutive. (Dkt. 670).

The Amendment 782 Memorandum indicates that if the 2-level reduction under Amendment 782 were applied, the Career Offender guideline then be higher and render Defendant Hamilton ineligible for a sentence reduction. At the time of sentencing, the Total Offense Level under the applicable drug guideline was higher.

After consideration, the Court denies Defendant Hamilton's Motion for Retroactive Application of Sentencing Guidelines Pursuant to Amendment 782. Accordingly, it is

**ORDERED** that *pro se* Defendant Trinidad Marquez Hamilton's Motion for Retroactive Application of Sentencing Guidelines Pursuant to Amendment 782 (Dkt. 733) Is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5th day of November, 2019.

ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:

All parties and counsel of record

*Pro Se* Defendant:

Trinidad Marquez Hamilton
49072-018
FCI Coleman Medium
P. O. Box 1032
Coleman, FL    33521

2